UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOE

VERSUS

LOUISIANA BOARD OF
ETHICS

CIVIL ACTION

16-877-SDD-EWD

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 10, 2017, to which the Plaintiff filed an "appeal" which the Court considered an *Opposition*,[3] hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Complaint*[4] filed by Plaintiff is dismissed without prejudice for failure to pay the Court's filing fee or file a motion to proceed *in forma pauperis*.

Baton Rouge, Louisiana the 20 day of September, 2017.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 9.
[4] Rec. Doc. 1.